# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Continental Resources, Inc., | ) | |
| Plaintiff, | ) | **ORDER RE ADMISSION PRO HAC VICE** |
| vs. | ) | |
| Fisher et al, | ) | |
| | ) | Case No. 1-18-cv-181 |
| Defendants. | ) | |

Before the court is a motion for attorney Bradley S. Keller to appear pro hac vice on Continental Resources, Inc.'s behalf. In accordance with D.N.D. Gen. L.R. 1.3(D), attorney Keller has affirmed to submit to the Local Rules of the United States District Court for the District of North Dakota and to the jurisdiction of this court in matters of discipline. Attorney Keller has also paid the required admission fees to the office of the Clerk. Accordingly, the current motion (Docket No. 7) is **GRANTED**. Attorney Keller is admitted to practice before this court in the above-entitled action on behalf of Continental Resources, Inc.

**IT IS SO ORDERED.**

Dated this 26th day of September, 2018.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court