# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Continental Resources, Inc., an Oklahoma corporation, ) ) ) | |
| Plaintiff, ) ) | **ORDER GRANTING JOINT MOTION TO AMEND SCHEDULING ORDER** |
| vs. ) ) | Case No. 1:18-cv-181 |
| Rick Fisher and Rosella Fisher, ) ) | |
| Defendants. ) | |

Before the court is a Joint Motion and Stipulation to Amend Scheduling Order filed by the parties on April 11, 2019. The court granted the motion and adopts the stipulation (Doc. No. 25). The pretrial deadlines shall be modified as follows:

1. The parties shall have until May 31, 2019, to complete fact discovery.

2. The parties shall provide the names of expert witnesses and complete reports under Rule 26(a)(2) as follows:

    a. Plaintiff's expert disclosures due by June 28, 2019;

    b. Defendants' expert disclosures and rebuttal expert disclosures due by August 28, 2019; and

    c. Plaintiff's rebuttal expert disclosures due by October 11, 2019.

3. The parties shall have until November 12, 2019, to complete expert discovery.

4. The parties shall have until December 12, 2019, to file other dispositive motions (summary judgment as to all or part of the case)

1

The final pretrial conference set for January 2, 2020, shall be rescheduled before the Magistrate Judge by telephone on April 21, 2020, at 2:00 p.m. The Court shall initiate the conference call. The jury trial set for January 13, 2020, shall be rescheduled for May 4, 2020, at 9:00 a.m. in Bismarck before the Magistrate Judge (courtroom #2). A ten (10) day trial is anticipated.

**IT IS SO ORDERED.**

Dated this 18th day of April, 2019.

                                        */s/ Charles S. Miller, Jr.*
                                        Charles S. Miller, Jr., Magistrate Judge
                                        United States District Court