# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Continental Resources, Inc., an Oklahoma corporation, | ) ) ) | **ORDER** |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| Rick Fisher and Rosella Fisher, | ) ) | Case No. 1:18-cv-181 |
| Defendants. | ) | |

On January 10, 2020, the parties filed a Motion for Status Conference. The court **GRANTS** the motion (Doc. No. 36) and shall schedule a status conference for January 30, 2020, at 1:00 p.m. CST by telephone. The court shall initiate the conference call. The parties shall submit a written statement of the their positions at least three (3) days prior to the status conference.

**IT IS SO ORDERED.**

Dated this 15th day of January, 2020.

                                                           */s/ Charles S. Miller, Jr.*
                                                         Charles S. Miller, Jr., Magistrate Judge
                                                         United States District Court