# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Continental Resources, Inc., ) | |
| ) | |
| Plaintiff, ) | **ORDER** |
| ) | |
| v. ) | |
| ) | |
| Rick Fisher and Rosella Fisher, ) | Case No. 1:18–cv-181 |
| ) | |
| Defendants. ) | |

The court shall hold a status conference with the parties on September 28, 2020, at 10:00 AM CDT by telephone to address/discuss defendants' pending Motion to Amend Schedule. To participate, counsel should dial (877) 810-9415 and enter access code 8992581.

**IT IS SO ORDERED.**

Dated this 17th day of September, 2020.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court