IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Continental Resources, Inc., an Oklahoma corporation, | ) ) ) | |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) ) | |
| Rick Fisher and Rosella Fisher, | ) ) | Case No. 1:18-cv-181 |
| Defendants. | ) ) | |

The court held a status conference with the parties on June 16, 2022. Pursuant to its discussion with the parties, the court **ORDERS**:

1. The jury trial set for August 2, 2022, shall be rescheduled for October 4, 2022, at 9:00 AM in Bismarck (Eagle courtroom, 4 days) before the undersigned.

2. The final pretrial conference set for July 19, 2022, shall be rescheduled for September 20, 2022, at 10:00 AM CDT by telephone before the undersigned.. Call instructions shall be provided to the parties at later date.

3. The parties shall participate in a mediation by telephone or video on or before August 1, 2022. In the event, the parties are unable to agree upon a mediator, the parties shall contact one of other magistrate judges in this District to conduct the mediation.

Dated this 16th day of June, 2022.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court