IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Continental Resources, Inc., an Oklahoma corporation,<br><br>              Plaintiff,<br><br>       vs.<br><br>Rick Fischer and Rosella Fisher,<br><br>              Defendants. | **ORDER RE UPCOMING TRIAL**<br><br>Case No. 1:18-cv-181 |

During a telephonic status conference held on August 19, 2022, plaintiff requested that the court postpone the trial currently scheduled to begin on October 4, 2022 to the backup date of November 1, 2022. The reason given was the recent filing by the State of North Dakota and plaintiff for a rehearing of <u>Northwestern Landowners Association v. State of North Dakota</u>. N.D. Supt Ct. No. 20210148.

The court is not inclined to postpone the trial at this time. The court *may* reconsider if the North Dakota Supreme Court does grant the petition for rehearing. Hence, at least for now, the trial will go forward on October 4, 2022. However, the parties should keep available the backup trial date of November 1, 2022.

**IT IS SO ORDERED**.

Dated this 22nd day of August, 2022.

<u>/s/ Charles S. Miller, Jr.</u>
Charles S. Miller, Jr., Magistrate Judge
United States District Court
