IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| CONTINENTAL RESOURCES, INC., an Oklahoma corporation,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>RICK FISHER AND ROSELLA FISHER,<br><br>　　　　Defendant. | )<br>)<br>)　**ORDER**<br>)<br>)<br>)<br>)　Case No. 1:18-cv-181<br>)<br>)<br>) |

On September 6, 2022, Plaintiff filed an "Unopposed Motion to File Exhibits 3 and 4 to its Memorandum in Support of its Motion in Limine Regarding Evidence of Compensation Paid Unrelated to Lost Sse of or Access to Pore Space under Seal." (Doc. No. 15). Consistent with an earlier order, the court **GRANTS** Plaintiff's motion to file under seal (Doc. No. 15) without prejudice to Defendant later moving to unseal these documents. Further, the granting of the motion for leave to file under seal at present does not mean that the court shall treat the documents as confidential at trial order or close any part of the proceedings.

**IT IS SO ORDERED.**

Dated this 7th day of September, 2022.

　　　　　　　　　　　　　　　　　　　　　*/s/ Charles S. Miller, Jr.*
　　　　　　　　　　　　　　　　　　　　　Charles S. Miller, Jr., Magistrate Judge
　　　　　　　　　　　　　　　　　　　　　United States District Court