## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| CONTINENTAL RESOURCES, INC.,<br>an Oklahoma corporation, | ) <br> ) <br> ) | **ORDER** |
| Plaintiff, | ) <br> ) | |
| vs. | ) <br> ) | Civil No. 1:18-cv-181 |
| RICK FISHER and ROSELLA FISHER, | ) <br> ) | |
| Defendants. | ) | |

The court held a final pretrial conference with the parties by telephone on September 20, 2022.  Pursuant to its discussion with the parties, the court shall continue the final pretrial conference until September 27, 2022, at 2:00 PM CDT by telephone.  To participate in the conference, the parties should call  (877) 411-9748 and enter access code 2456110.

**IT IS SO ORDERED.**

Dated this 20th day of September.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court