# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| Continental Resources, Inc., an Oklahoma corporation, ) ) ) | |
| Plaintiff, ) ) | **ORDER** |
| vs. ) ) | |
| Rick Fisher and Rosella Fisher, ) ) | Case No. 1:18-cv-181 |
| Defendants. ) | |

Before the court is a Motion for Judgment as a Matter of Law filed by plaintiff Continental Resources, Inc. on October 5, 2022. (Doc. No. 184). For the reasons articulated on the record, the motion (Doc. No. 184) is **DENIED**.

**IT IS SO ORDERED.**

Dated this 5th day of October, 2022.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court