# EXHIBIT B
# INVOICES

Case No. 1:18-cv-00181-CSM



## BRAATEN
### Law Firm

109 North 4th Street, Suite 100
Bismarck, ND 58501-4003
Phone: 701-221-2911

# INVOICE

Invoice # 4313
Date: 02/01/2023
Due On: 03/03/2023

Rick and Rosella Fisher
112 Glenwood Ave
Glendive, MT 59330

## 19-19019 -Fisher, Rick and Rosella

## 19-19019 Disposal Well Dispute

| Date | Attorney/ Paralegal | Description | Hours | Rate | Total |
|------|------|------|------|------|------|
| 01/09/2023 | SP | Research contact information for jurors and email to Attorney Braaten regarding the same. | 0.60 | $0.00 | $0.00 |
| 01/11/2023 | SP | Research re post-judgment awards and interest rates. Create fees award calculator worksheet and email to Attorney Braaten. | 1.60 | $0.00 | $0.00 |
| 01/13/2023 | SP | Call with Rosella to schedule call with Attorney Braaten. Calendar call in clio. | 0.10 | $0.00 | $0.00 |
| 01/26/2023 | SP | Download and save to file Appeal initial pleadings and briefing schedule. Review briefing schedule and calendar deadlines. Email to Attorney Braaten regarding required conferral. Draft and file Notice of Appearance for Attorney Braaten. | 2.40 | $0.00 | $0.00 |
| 01/26/2023 | LA | Review emails from 8th Circuit and Paralegal Price re: briefing schedule, notice of appeal, and notice of appearance. | 0.30 | $0.00 | $0.00 |
| 01/27/2023 | SP | Review Fed. Rules of Appellate Procedure and 8th Circuit Local Rules for filing requirements. Draft shell for Appellee's Principle Brief. | 2.60 | $0.00 | $0.00 |
| 01/30/2023 | LA | Review email from Attorney Braaten re: notice of appearance. | 0.10 | $0.00 | $0.00 |

| | Time Keeper | Hours | Rate | Total |
|------|------|------|------|------|
| | Lisa Andersen | 0.4 | $0.00 | $0.00 |

| | | | |
|---|---|---|---|
| Steven Price | 7.3 | $0.00 | $0.00 |
| | | **Subtotal** | **$0.00** |
| | | **Total** | **$0.00** |



**BRAATEN**
Law Firm

109 North 4th Street, Suite 100
Bismarck, ND 58501-4003
Phone: 701-221-2911

# INVOICE

Invoice # 4346
Date: 03/02/2023
Due On: 04/01/2023

Rick and Rosella Fisher
112 Glenwood Ave
Glendive, MT 59330

## 19-19019 -Fisher, Rick and Rosella

## 19-19019 Disposal Well Dispute

| Date | Attorney/ Paralegal | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 02/02/2023 | SP | Review scheduling order and notice of appearance. Email to Attorney Braaten regarding the same. Email from/to Attorneys Braaten and Andersen regarding 8th Circuit requirements and deadlines. Email to Continental Attorneys regarding scheduling appendix conferral. | 0.80 | $0.00 | $0.00 |
| 02/02/2023 | DB | Review order and filings, emails to/from staff re research and initial filings. | 0.40 | $0.00 | $0.00 |
| 02/02/2023 | SP | Read and respond to emails from Attorney Braaten regarding briefing schedule and filing of separate appendices in the 8th Circuit. | 0.80 | $0.00 | $0.00 |
| 02/02/2023 | LA | Review emails from 8th Circuit; review emails from Attorney Braaten, Paralegal Price, and Continental re: briefing schedule memo, filing and preparing record; send Teams message to Paralegal Price re: 8th Circuit rules; sync Sharepoint site re: same. | 0.20 | $0.00 | $0.00 |
| 02/06/2023 | SP | Email from and call to Renee at Baker Hostetler re appendix preparation. Review and edit deadline regarding appendix conferral. | 0.20 | $0.00 | $0.00 |
| 02/06/2023 | LA | Review email from Continental re: conferral on appendix; review emails from Attorney Braaten and Paralegal Price re: same. | 0.10 | $0.00 | $0.00 |
| 02/07/2023 | LA | Review emails from Attorney Braaten and Paralegal Price re: memo task and forms and guides downloaded by Paralegal Price; research 8th Circuit appeal requirements re: filing and timeline for briefing and argument; review 8th Circuit internal operating procedures, local rules, and Federal Rules of Appellate Procedure; draft memo; email memo to Attorney | 4.30 | $0.00 | $0.00 |

| | | Braaten and Paralegal Price. | | | |
|---|---|---|---|---|---|
| 02/08/2023 | LA | Call Rick and Rosella re: update on matter; confer with Attorney Braaten re: matter; confer with Attorney Braaten and Paralegal Price re: sending fee calculator to clients. | 0.50 | $0.00 | $0.00 |
| 02/08/2023 | DB | Call Rick and Rosella re: update on matter; confer with Attorney Andersen re: matter; confer with Attorney Andersen and Paralegal Price re: sending fee calculator to clients. | 0.50 | $0.00 | $0.00 |
| 02/10/2023 | LA | Legal team meeting re: matter. | 0.10 | $0.00 | $0.00 |
| 02/10/2023 | DB | Legal team meeting re: matter. | 0.10 | $0.00 | $0.00 |
| 02/10/2023 | SP | Legal team meeting re: matter. | 0.10 | $0.00 | $0.00 |
| 02/10/2023 | TS | Legal team meeting re: matter. | 0.10 | $0.00 | $0.00 |
| 02/10/2023 | DZ | Legal team meeting re: matter. | 0.10 | $0.00 | $0.00 |
| 02/13/2023 | SP | Review docket for trial transcripts and attempt to download. Call to Clerk of Court regarding no access to the transcripts though PACER. Email to Attorney Braaten regarding the same. Return call from Clerk regarding making transcripts available. | 0.40 | $0.00 | $0.00 |
| 02/14/2023 | SP | Email to Office Assistant and Office Manager regarding downloading trial transcripts and charges for the same. Email from Office Manager and to Attorney Braaten regarding the same. | 0.30 | $0.00 | $0.00 |
| 02/21/2023 | SP | Confer with Attorney Braaten regarding transcript request deadline. Review docket for transcripts and email information to Attorney Braaten. | 0.40 | $0.00 | $0.00 |
| 02/21/2023 | DB | Confer with Paralegal Price regarding transcript request deadline. | 0.20 | $0.00 | $0.00 |

| Time Keeper | Hours | Rate | Total |
|---|---|---|---|
| Lisa Andersen | 5.2 | $0.00 | $0.00 |
| Derrick Braaten | 1.2 | $0.00 | $0.00 |
| Todd Sattler | 0.1 | $0.00 | $0.00 |
| Steven Price | 3.0 | $0.00 | $0.00 |
| Desirae Zaste | 0.1 | $0.00 | $0.00 |
| | | **Subtotal** | **$0.00** |
| | | **Total** | **$0.00** |



**BRAATEN**
Law Firm

109 North 4th Street, Suite 100
Bismarck, ND 58501-4003
Phone: 701-221-2911

# INVOICE

Invoice # 4386
Date: 04/03/2023
Due On: 05/03/2023

Rick and Rosella Fisher
112 Glenwood Ave
Glendive, MT 59330

## 19-19019 -Fisher, Rick and Rosella

## 19-19019 Disposal Well Dispute

| Date | Attorney/ Paralegal | Description | Hours | Rate | Total |
|------|---------|-------------|-------|------|-------|
| 03/03/2023 | SP | Submit request to Counsel Press online and review email response from Counsel Press support. | 0.10 | $0.00 | $0.00 |
| 03/03/2023 | SP | Review and respond to email from Counsel Press regarding services need for 8th Circuit Appeal. | 0.20 | $0.00 | $0.00 |
| 03/07/2023 | LA | Review emails from Continental and Attorney Braaten re: extension of time to file opening brief. | 0.10 | $0.00 | $0.00 |
| 03/08/2023 | SP | Review request and order granting extension. Save emails to file. Update deadlines and calendar work sessions. Email to Attorney Braaten regarding the same. | 0.60 | $0.00 | $0.00 |
| 03/10/2023 | SP | Edit and reorder filings on the docket. Email to Legal Assistant regarding process for saving 8th Circuit filings to the file. | 0.50 | $0.00 | $0.00 |
| 03/15/2023 | SP | Review and finalize Notice of Andersen Withdrawal and email to Attorneys Braaten and Andersen. | 0.20 | $0.00 | $0.00 |
| 03/15/2023 | SP | Edit caption and file Motion to Withdraw for Attorney Andersen. | 0.20 | $0.00 | $0.00 |
| 03/17/2023 | SP | Format and finalize Attorney Andersen withdrawal letter. Email to Attorney Braaten for review. File letter with 8th Circuit. | 0.50 | $0.00 | $0.00 |

| 03/17/2023 | DB | Review email from Paralegal Price re Andersen 8th Circuit withdrawal letter. Review letter and email to Paralegal Price regarding the same. | 0.20 | $0.00 | $0.00 |
| 03/21/2023 | SP | Review emails from Counsel Press and respond with new deadlines and process questions. | 0.30 | $0.00 | $0.00 |
| 03/21/2023 | SP | Emails with Counsel Press regarding thier brief preparation deadlines. Add deadlines to calendar and email to Attorney Braaten regarding the same. | 0.40 | $0.00 | $0.00 |

| Time Keeper | Hours | Rate | Total |
|---|---|---|---|
| Lisa Andersen | 0.1 | $0.00 | $0.00 |
| Derrick Braaten | 0.2 | $0.00 | $0.00 |
| Steven Price | 3.0 | $0.00 | $0.00 |
| | | **Subtotal** | **$0.00** |
| | | **Total** | **$0.00** |



**BRAATEN**
Law Firm

109 North 4th Street, Suite 100
Bismarck, ND 58501-4003
Phone: 701-221-2911

# INVOICE

Invoice # 4455
Date: 06/02/2023
Due On: 07/02/2023

Rick and Rosella Fisher
112 Glenwood Ave
Glendive, MT 59330

## 19-19019 -Fisher, Rick and Rosella

## 19-19019 Disposal Well Dispute

| Date | Attorney/<br>Paralegal | Description | Hours | Rate | Total |
|------|------------------------|-------------|-------|------|-------|
| 04/04/2023 | SP | Amend deadlines based on filing of Appellant's Brief and emails with Counsel Press regarding the same. | 0.60 | $0.00 | $0.00 |
| 04/04/2023 | DB | Meeting with Attorney Sattler & Paralegal Zaste re: brief. | 0.10 | $0.00 | $0.00 |
| 04/04/2023 | TS | Meeting with Attorney Braaten & Paralegal Zaste re: brief. | 0.10 | $0.00 | $0.00 |
| 04/04/2023 | DZ | Meeting with Attorney Braaten & Attorney Sattler re: brief; message to Paralegal Price re: sending brief to Attorney Sattler. | 0.10 | $0.00 | $0.00 |
| 04/04/2023 | TS | Review Continental 8th Circuit Appellant's Brief; review Continental Addendum of Appellant; email from paralegal Steven Price re same; research re authorities cited in Appellant's Brief and in district court order following trial. | 4.50 | $0.00 | $0.00 |
| 04/04/2023 | SP | Review message from Paralegal Zaste and email Continental's brief and addendum to Attorney Sattler. | 0.10 | $0.00 | $0.00 |
| 04/05/2023 | SP | Messages with Attorney Braaten regarding Continental's brief and tasks. Upload trial transcripts and 8th Circuit filings to Lexbe and email to Attorney Braaten regarding the same. | 0.60 | $0.00 | $0.00 |
| 04/05/2023 | DB | Messages with Paralegal Price regarding Continental's brief and uploading trial transcripts to Lexbe. Review email from Paralegal Price regarding the same. | 0.30 | $0.00 | $0.00 |

| 04/05/2023 | SP | Review trial transcript and email to Attorney Braaten regarding discussion of water flood diagram. | 0.60 | $0.00 | $0.00 |
|---|---|---|---|---|---|
| 04/05/2023 | DB | Review edit and annotate Continental appellate brief. Review record and addendum. | 6.70 | $0.00 | $0.00 |
| 04/06/2023 | SP | Cut out Button and Hughes trial testimony, bookmark, and email to Attorney Braaten. Messages with Legal Assistant regarding sending briefing to clients. | 0.50 | $0.00 | $0.00 |
| 04/06/2023 | SP | Review trial transcripts and exhibits regarding water flood diagram used in Continental's Brief. Pull quotes from Attorney Vasut and email to Attorney Braaten. | 0.80 | $0.00 | $0.00 |
| 04/06/2023 | SP | Email to Scott Wheaton regarding adding CO2 spills to claims map. | 0.20 | $0.00 | $0.00 |
| 04/06/2023 | SP | Read brief and review Attorney Braaten's comments. Begin researching and pulling documents. | 2.00 | $0.00 | $0.00 |
| 04/11/2023 | SP | Review brief diagram and trial exhibits. Create pdf of CRI Appendix, modify and add bookmarks, and email to Attorney Braaten regarding the same. | 2.40 | $0.00 | $0.00 |
| 04/12/2023 | SP | Upload Continental brief to LexisNexis. Review reports, download select reports regarding similar cases, cites, etc. and save to file and email to Attorney Braaten. | 0.60 | $0.00 | $0.00 |
| 04/14/2023 | SP | Review and respond to email from Attorney Braaten regarding appendix requirements and rules. | 0.60 | $0.00 | $0.00 |
| 04/14/2023 | DB | Review rules and guides regarding appendix. Review appendix contents from appellant. Emails to and from Paralegal Price. | 0.30 | $0.00 | $0.00 |
| 04/24/2023 | SP | Review deadlines and draft Motion for Extension. Email the same to Attorney Braaten for review. | 0.70 | $0.00 | $0.00 |
| 04/26/2023 | SP | Emails with Attorney Braaten regarding extension to file brief. Edit Motion for extension and email to Attorneys Knudsen and Grossman. Call to Attorney Knudsen regarding the same. Review email from Attorney Grossman, edit and file extension, and emails with Attorney Braaten regarding the same. | 0.60 | $0.00 | $0.00 |
| 04/26/2023 | DB | Review and edit motion for extension. Emails to and from Paralegal Price. | 0.40 | $0.00 | $0.00 |
| 04/26/2023 | DB | Review emails between Paralegal Price and opposing counsel regarding extension. | 0.10 | $0.00 | $0.00 |
| 04/27/2023 | SP | Review Order granting extension, update deadlines, and emails with Counsel Press regarding the same. | 0.60 | $0.00 | $0.00 |
| 04/27/2023 | SP | Confer with Attorney Braaten regarding extension, Counsel Press deadlines, and updating deadlines. | 0.40 | $0.00 | $0.00 |
| 05/04/2023 | SP | Review file for, and save to briefing folder, all dispositive motion Orders. Email to Attorney Braaten and Sattler with summary and paths. | 0.30 | $0.00 | $0.00 |
| 05/04/2023 | TS | Email from Attorney Braaten re background and strategy for response brief in 8th Circuit, review file documents. | 0.80 | $0.00 | $0.00 |
| 05/04/2023 | DB | Email to Attorney Sattler re: briefing. | 0.20 | $0.00 | $0.00 |
| 05/05/2023 | SP | Review file for, and save to briefing folder, all dispositive motion briefs. Email to Attorney Braaten and Sattler with summary and paths. | 0.90 | $0.00 | $0.00 |
| 05/05/2023 | SP | Search various testimonies for quotes regarding pore space needed for brief. Email to Attorneys Braaten and Sattler regarding findings regarding porosity, strata, and types of wells. | 1.80 | $0.00 | $0.00 |
| 05/05/2023 | SP | Confer with Attorneys Braaten and Sattler regarding brief strategy and tasks. Email Attorneys Order to Exclude Easements for research purposes. | 1.50 | $0.00 | $0.00 |
| 05/05/2023 | TS | Review Continental's Appellant's Brief in 8th Circuit, review Attorney Braaten notes and annotations re same; review dispositive motions and related briefs from district court case, legal research re same. | 4.50 | $0.00 | $0.00 |
| 05/06/2023 | TS | Review dispositive motions and related briefs from district court case related to efforts to exclude expert evidence at trial, legal research re same; review post-trial motions and briefs, | 6.60 | $0.00 | $0.00 |

|            |    |                                                                                                                                                                                                                                                                                                                                                    |       |        |        |
|------------|----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|--------|
|            |    | legal research re cases cited by Continental; review portions of trial transcript; legal research re standard of review.                                                                                                                                                                                                                             |       |        |        |
| 05/07/2023 | TS | Draft portions of Appellee's Brief to 8th Circuit related to standard of review, legal research re same.                                                                                                                                                                                                                                             | 4.80  | $0.00  | $0.00  |
| 05/08/2023 | DZ | Meeting with Attorney Braaten & Attorney Sattler re: 8th circuit brief.                                                                                                                                                                                                                                                                              | 0.10  | $0.00  | $0.00  |
| 05/08/2023 | TS | Meeting with Attorney Braaten & Paralegal Zaste re: 8th circuit brief.                                                                                                                                                                                                                                                                               | 0.10  | $0.00  | $0.00  |
| 05/08/2023 | DB | Meeting with Attorney Sattler & Paralegal Zaste re: 8th circuit brief.                                                                                                                                                                                                                                                                               | 0.10  | $0.00  | $0.00  |
| 05/08/2023 | SP | Review emails between Attorney Braaten and Counsel Press regarding additional appendix items to file with brief.                                                                                                                                                                                                                                     | 0.10  | $0.00  | $0.00  |
| 05/08/2023 | TS | Draft outline of argument section of Appellee's Brief to 8th Circuit; draft portions of Appellee's Brief re admission of Rick Fisher testimony.                                                                                                                                                                                                      | 6.50  | $0.00  | $0.00  |
| 05/09/2023 | SP | Confer with Legal Assistant regarding updating docket. Message to Attorney Sattler regarding brief citations. Messages with Attorneys Braaten and Sattler regarding Liska deposition testimony and the record for the appeal. Create new case file and load Continental's Appendix into Lexbe. Review and edit upload. Notify Attorney Braaten regarding completion of upload. Confer with Attorney Braaten regarding highlighting expert testimony task. | 3.20  | $0.00  | $0.00  |
| 05/09/2023 | TS | Draft portions of Appellee's Brief to 8th Circuit re admission of Rick Fisher testimony; draft portions of Appellee's Brief to 8th Circuit re admission of Department of Trust Lands agreements and admission of Continental agreements, legal research re same, email exchange re same.                                                               | 7.70  | $0.00  | $0.00  |
| 05/10/2023 | SP | Review expert trial testimony, highlight porosity an darcy's law discussion points, create bookmarks and email to Attorney Braaten regarding the same.                                                                                                                                                                                              | 3.30  | $0.00  | $0.00  |
| 05/10/2023 | TS | Review email from Attorney Braaten regarding comments and edits to draft of Appellee's Brief to 8th Circuit, including changes to section per Rick Fisher testimony, Department of Trust Lands agreements, Continental agreements; conference w/ Attorney Braaten regarding brief draft and strategies re same.                                        | 2.50  | $0.00  | $0.00  |
| 05/10/2023 | DB | Draft appellate brief, legal research, review transcripts and appendix documents.                                                                                                                                                                                                                                                                   | 14.60 | $0.00  | $0.00  |
| 05/11/2023 | SP | Begin review of brief, e.g., completing and adding citations, formatting, compliance with court rules, etc.                                                                                                                                                                                                                                          | 7.20  | $0.00  | $0.00  |
| 05/12/2023 | SP | Continue review of brief, e.g., completing and adding citations, formatting, compliance with court rules and limitations, etc. Emails and messages with Attorneys Braaten and Sattler regarding the same.                                                                                                                                            | 6.50  | $0.00  | $0.00  |
| 05/12/2023 | TS | Revise portions of brief per Attorney Braatenr comments re admission of Rick Fisher testimony and re admission of agreements from Department of Trust Lands and Continental, instant messaging w/ Attorney Braaten and Legal Assistant Price re same; review email from Attorney Braaten regarding supplementation of record, review documents re same; draft portions of Summary of Argument portion of Appellee's Brief to 8th Circuit. | 5.80  | $0.00  | $0.00  |
| 05/12/2023 | DB | Work on appellate brief.                                                                                                                                                                                                                                                                                                                             | 1.60  | $0.00  | $0.00  |
| 05/13/2023 | TS | Draft additional portions of Appellee's Brief to 8th Circuit re admission of Rick Fisher testimony and re admission of agreements from Department of Trust Lands and Continental, instant messaging w/ Legal Assistant Price and Attorney Braaten re same.                                                                                            | 2.80  | $0.00  | $0.00  |
| 05/14/2023 | TS | Draft remaining portions of Appellee's Brief to 8th Circuit re admission of Rick Fisher testimony and re admission of agreements from Department of Trust Lands and Continental, instant messaging w/ Legal Assistant Price and Attorney Braaten re same.                                                                                             | 1.80  | $0.00  | $0.00  |
| 05/14/2023 | DB | Draft and edit brief, review supporting documents.                                                                                                                                                                                                                                                                                                   | 2.10  | $0.00  | $0.00  |
| 05/15/2023 | SP | Emails with Counsel Press regarding timelines and requirements. Emails with Attorney Grossman regarding waiving partial service. Continue reviewing, editing, and adding citations to brief. Messages and call with Attorneys Braaten and Sattler regarding the same.                                                                                 | 5.30  | $0.00  | $0.00  |
| 05/15/2023 | DZ | Confer w/Paralegal Price re: citing to appendix; research.                                                                                                                                                                                                                                                                                           | 0.50  | $0.00  | $0.00  |

| 05/15/2023 | SP | Confer with Paralegal Zaste regarding citing to page numbers in the docket record. Research regarding the same. | 0.60 | $0.00 | $0.00 |
| 05/15/2023 | TS | Draft additional portions of Appellee's Brief to 8th Circuit related to Standard of Review, revise and edit same; conference w/ Attorney Braaten and Legal Assistant Price status of draft brief and remaining work to get to final version; review and edit final draft of brief, provided comments re same; review final version of brief. | 5.80 | $0.00 | $0.00 |
| 05/15/2023 | DB | Draft and revise appellate brief, review record documents for reference and review prior orders, legal research. | 3.30 | $0.00 | $0.00 |
| 05/16/2023 | SP | Continue reviewing and editing citations. Email with Counsel Press regarding appendix. Finalize brief and email to Counsel Press. Emails regarding adding conclusion to brief. Email amended brief to Counsel Press. | 2.40 | $0.00 | $0.00 |
| 05/16/2023 | SP | Emails with Counsel Press regarding correcting pin cites. | 0.20 | $0.00 | $0.00 |
| 05/16/2023 | SP | Review, save, and organize to file all appeal correspondence and documents. | 2.60 | $0.00 | $0.00 |
| 05/16/2023 | DB | Emails to and from Counsel Press. Review final brief. Email to Paralegal Price. Draft conclusion for brief. | 1.30 | $0.00 | $0.00 |
| 05/18/2023 | TS | Review final version of 8th Circuit Appellee Brief, emails re same. | 1.20 | $0.00 | $0.00 |

| Time Keeper | Hours | Rate | Total |
|---|---|---|---|
| Derrick Braaten | 31.1 | $0.00 | $0.00 |
| Todd Sattler | 55.5 | $0.00 | $0.00 |
| Steven Price | 47.2 | $0.00 | $0.00 |
| Desirae Zaste | 0.7 | $0.00 | $0.00 |
| | | **Subtotal** | **$0.00** |
| | | **Total** | **$0.00** |



**BRAATEN**
Law Firm

109 North 4th Street, Suite 100
Bismarck, ND 58501-4003
Phone: 701-221-2911

# INVOICE

Invoice # 4518
Date: 08/01/2023
Due On: 08/31/2023

Rick and Rosella Fisher
112 Glenwood Ave
Glendive, MT 59330

## 19-19019 -Fisher, Rick and Rosella

## 19-19019 Disposal Well Dispute

### Services

| Date | Attorney/ Paralegal | Description | Hours | Rate | Total |
|------|------|-------------|-------|------|-------|
| 06/27/2023 | SP | Save to file and review Continental's oral argument conflict letter. Draft letter to 8th Circuit regarding Attorney Braaten's oral argument conflicts and email the same to Attorney Braaten. | 0.30 | $0.00 | $0.00 |
| 06/27/2023 | SP | Review court filing regarding oral argument and save the same to file. Review court calendar and potential conflicts. | 0.30 | $0.00 | $0.00 |
| 06/29/2023 | DB | Edit Paralegal Price draft letter to Court regarding conflicts for oral argument and email to Paralegal Price regarding the same. | 0.10 | $0.00 | $0.00 |
| 07/07/2023 | SP | File letter regarding availability for oral argument. | 0.20 | $0.00 | $0.00 |
| | | | **Services Subtotal** | | **$0.00** |

### Expenses

| Date | Description | Rate | Total |
|------|-------------|------|-------|
| 05/30/2023 | Counsel Press Inc. Invoice 9148718 for Appellee's Appendix preparation and electronic filing. | $2,984.16 | $2,984.16 |

| | | **Expenses Subtotal** | **$2,984.16** |

| Time Keeper | Hours | Rate | Total |
|---|---|---|---|
| Derrick Braaten | 0.1 | $0.00 | $0.00 |
| Steven Price | 0.8 | $0.00 | $0.00 |
| | | **Subtotal** | **$2,984.16** |
| | | **Total** | **$2,984.16** |



**BRAATEN**
Law Firm

109 North 4th Street, Suite 100
Bismarck, ND 58501-4003
Phone: 701-221-2911

# INVOICE

Invoice # 4550
Date: 09/05/2023
Due On: 10/05/2023

Rick and Rosella Fisher
112 Glenwood Ave
Glendive, MT 59330

## 19-19019 -Fisher, Rick and Rosella

## 19-19019 Disposal Well Dispute

| Date | Attorney/ Paralegal | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 08/04/2023 | DB | Meeting with Paralegal Zaste re: oral argument binder. | 0.10 | $0.00 | $0.00 |
| 08/04/2023 | DZ | Meeting with Attorney Braaten re: oral argument binder. | 0.10 | $0.00 | $0.00 |
| 08/14/2023 | DZ | Review 8th circuit filings. | 0.20 | $0.00 | $0.00 |
| 08/15/2023 | DZ | Meeting with Attorney Braaten re: oral argument binder. | 0.10 | $0.00 | $0.00 |
| 08/15/2023 | DB | Meeting with Paralegal Zaste re: oral argument binder. | 0.10 | $0.00 | $0.00 |
| 08/22/2023 | DZ | Review file for our appendix; emails to/from Paralegal Price re: the same. | 0.20 | $0.00 | $0.00 |
| 08/22/2023 | SP | Add 8th Circuit Appendix to file and emails with Paralegal Zaste regarding the same. | 0.10 | $0.00 | $0.00 |
| 08/30/2023 | DZ | Start oral argument binder. | 3.00 | $0.00 | $0.00 |
| 09/01/2023 | DZ | Continue oral argument binder. | 1.00 | $0.00 | $0.00 |

| Time Keeper | Hours | Rate | Total |
|---|---|---|---|
| Derrick Braaten | 0.2 | $0.00 | $0.00 |

| | | | |
|---|---|---|---|
| Steven Price | 0.1 | $0.00 | $0.00 |
| Desirae Zaste | 4.6 | $0.00 | $0.00 |
| | | **Subtotal** | **$0.00** |
| | | **Total** | **$0.00** |



**BRAATEN**
Law Firm

109 North 4th Street, Suite 100
Bismarck, ND 58501-4003
Phone: 701-221-2911

# INVOICE

Invoice # 4641
Date: 11/30/2023
Due On: 12/30/2023

Rick and Rosella Fisher
112 Glenwood Ave
Glendive, MT 59330

## 19-19019 -Fisher, Rick and Rosella

## 19-19019 Disposal Well Dispute

### Services

| Date | Attorney/ Paralegal | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 09/12/2023 | DZ | Continue working on oral argument binder. | 1.00 | $0.00 | $0.00 |
| 09/15/2023 | DZ | Continue oral argument binder. | 1.50 | $0.00 | $0.00 |
| 09/18/2023 | DZ | Continue working on oral argument binder. | 1.50 | $0.00 | $0.00 |
| 09/19/2023 | DZ | Finish oral argument binder; email to Attorney Braaten and Paralegal Price re: the same. | 1.30 | $0.00 | $0.00 |
| 09/19/2023 | DB | Legal team meeting re: matter. | 0.10 | $0.00 | $0.00 |
| 09/19/2023 | SP | Legal team meeting re: matter. | 0.10 | $0.00 | $0.00 |
| 09/19/2023 | TS | Legal team meeting re: matter. | 0.10 | $0.00 | $0.00 |
| 09/19/2023 | DZ | Legal team meeting re: matter. | 0.10 | $0.00 | $0.00 |
| 09/22/2023 | DB | Review email from court and schedule of oral arguments. | 0.10 | $0.00 | $0.00 |
| 09/25/2023 | SP | Review filing scheduling oral argument. Complete and file argument response form, block off calendar for preparation and argument, and email to Attorney Braaten regarding the same. | 0.40 | $0.00 | $0.00 |

| 09/27/2023 | SP | Confer with Legal Assistant regarding filing of 8th Circuit documents. | 0.10 | $0.00 | $0.00 |
|---|---|---|---|---|---|
| 10/11/2023 | SP | Call from 8th Circuit regarding confirmation of oral argument attendance and required check-in. Email to Attorney Braaten regarding the same. | 0.10 | $0.00 | $0.00 |
| 10/14/2023 | DB | Review Briefing in preparation for oral argument. | 5.10 | $0.00 | $0.00 |
| 10/15/2023 | DB | Review Briefing and orders from District Court. Review authority. Review transcripts and begin drafting outline for oral argument. | 5.30 | $0.00 | $0.00 |
| 10/16/2023 | DZ | Messages to/from Attorney Braaten re: oral argument; review court calendar. | 0.10 | $0.00 | $0.00 |
| 10/16/2023 | DB | Review briefing, review caselaw and Judge Miller opinion, draft outline, review and pull testimony excerpts, review report of Paul Button and depos; messages to/from Paralegal Zaste re: oral argument. | 8.90 | $0.00 | $0.00 |
| 10/18/2023 | SP | Listen to 8th Circuit oral argument. | 0.60 | $0.00 | $0.00 |
| 10/18/2023 | DZ | Listen to Eighth Circuit arguments. | 0.60 | $0.00 | $0.00 |
| 10/18/2023 | DB | Prepare for and attend oral arguments. | 2.10 | $0.00 | $0.00 |
| 11/15/2023 | SP | Confer with Attorney Braaten re potential supplemental request for fees on appeal. | 0.10 | $0.00 | $0.00 |
| 11/15/2023 | DB | Confer with Paralegal Price re potential supplemental request for fees on appeal. | 0.10 | $0.00 | $0.00 |
| 11/16/2023 | SP | Review Attorney Anderson Memo and US Code regarding fees on appeal and emails to Attorney Braaten regarding the same. | 0.60 | $0.00 | $0.00 |
| | | | **Services Subtotal** | | **$0.00** |

## Expenses

| Date | Description | Rate | Total |
|---|---|---|---|
| 10/03/2023 | Roundtrip flight to St. Paul, MN for Oral Arguments. | $687.80 | $687.80 |
| 10/03/2023 | Lodging and meals for Attorney Braaten while in St. Paul for oral arguments. | $423.52 | $423.52 |
| 10/17/2023 | Transportation from airport to hotel while in St. Paul, MN for Oral Arguments at the Eight Circuit Court of Appeals. | $43.12 | $43.12 |
| 10/18/2023 | Transportation back to airport while in St. Paul, MN for Oral Arguments at the Eight Circuit Court of Appeals. | $55.70 | $55.70 |
| | | **Expenses Subtotal** | **$1,210.14** |

| Time Keeper | Hours | Rate | Total |
|---|---|---|---|
| Derrick Braaten | 21.7 | $0.00 | $0.00 |
| Todd Sattler | 0.1 | $0.00 | $0.00 |
| Steven Price | 2.0 | $0.00 | $0.00 |
| Desirae Zaste | 6.1 | $0.00 | $0.00 |

| | | |
|---|---|---|
| | **Subtotal** | **$1,210.14** |
| | **Total** | **$1,210.14** |



**BRAATEN**
Law Firm

109 North 4th Street, Suite 100
Bismarck, ND 58501-4003
Phone: 701-221-2911

# INVOICE

Invoice # 4824
Date: 06/03/2024
Due On: 07/03/2024

Rick and Rosella Fisher
112 Glenwood Ave
Glendive, MT 59330

## 19-19019 -Fisher, Rick and Rosella

## 19-19019 Disposal Well Dispute

| Date | Attorney/ Paralegal | Description | Hours | Rate | Total |
|------|---------------------|-------------|-------|------|-------|
| 05/24/2024 | SP | Review Opinion and emails with team regarding the same. Edit opinion for Speechifiy, upload, and message Attorney Braaten regarding the same. | 0.60 | $0.00 | $0.00 |
| 05/24/2024 | DB | Review opinion; call with client. | 0.90 | $0.00 | $0.00 |
| 05/28/2024 | SP | Messages with Legal Assistant regarding sending Order to Fishers. | 0.10 | $0.00 | $0.00 |
| 05/28/2024 | DZ | Review opinion; calendar deadline for petitions for rehearing. | 0.60 | $0.00 | $0.00 |

| Time Keeper | Hours | Rate | Total |
|-------------|-------|------|-------|
| Derrick Braaten | 0.9 | $0.00 | $0.00 |
| Steven Price | 0.7 | $0.00 | $0.00 |
| Desirae Zaste | 0.6 | $0.00 | $0.00 |
| | | **Subtotal** | **$0.00** |
| | | **Total** | **$0.00** |

# Invoice

**Counsel Press Inc.**
PO Bo  65019
Baltimore, Maryland 21264-5019
Phone:  800  427-7325

Invoice Num  er:  0009148718

Date:  05/30/2023

Fed. Ta  ID:  47-3380949

Terms:  ON RE  EIPT

**Sold To**

Braaten Law Firm
109 N. Fourth Street
Suite 100
Bismarck, ND 58501     SA

Attention:  Ms. Lisa Rask

File No.:  623380
ourt:     S  OA - 8T
ase Name:    ontinental Resources v. Rick Fisher

| | | | Amount |
|---|---|---|---|
| | APPELLEE S APPENDI | | |
| | Preparation of Appendi  - 2   olumes | | |
| 2.00 | over s  - 1st Side | $111.00 | $222.00 |
| 0.50 | Page s  Ta  le of   ontents | $90.00 | $45.00 |
| 381.00 | Page s | $2.84 | $1,082.04 |
| 1.00 | Service s  of Documents | $27.00 | $27.00 |
| 1.00 | Filing of Documents | $90.00 | $90.00 |
| 1.00 | Shipping      andling | $566.12 | $566.12 |
| | APPELLEE S BRIEF | | |
| 1.00 | Preparation of Brief | $536.00 | $536.00 |
| | Page s | | |
| 0.50 | Page s  Ta  le of   ontents | $58.00 | $29.00 |
| 3.00 | Page s  Ta  le of   itations | $90.00 | $270.00 |
| 1.00 | Electronic File Production and Review | $69.00 | $69.00 |
| 1.00 | Electronic Filing | $48.00 | $48.00 |

**19-GC**
06/09/2023 18:48 PM

This Invoice is Due    pon Receipt. Please Show Invoice
Num  er on   heck    hen Su  mitting Payment.

| | |
|---|---|
| Su  total | $2,984.16 |
| Sales Ta | $0.00 |
| | $0.00 |
| Payment/  redit | $0.00 |
| Balance | $2,984.16 |

Page 1 of 1

NEW YORK, NY - WASHINGTON, DC - PHILADELPHIA, PA - LOS ANGELES, CA  -  CHICAGO, IL
BUFFALO, NY - RICHMOND, VA - BOSTON,MA - ISELIN, NJ - SYRACUSE, NY - ROCHESTER, NY - DELHI, NY

**From:** **Delta Air Lines**
**To:** **Derrick Braaten**
**Subject:** Your Flight Receipt - DERRICK BRAATEN 17OCT23
**Date:** Monday, October 2, 2023 1:59:43 PM

[Warning: External Sender]

View as a Web Page

#6728634665
SkyMiles® Member

## CONFIRMATION #: F9ZFEB

Thank you for choosing Delta

You're all set. If your plans change, be sure to make changes or cancel via **MyTrips** on **delta.com** before your flight departs.

Have a great trip, and thank you for choosing Delta.

## Passenger Info

Name: DERRICK BRAATEN
SkyMiles #6728634665

| FLIGHT | SEAT |
|--------|------|
| DELTA 4005 | 03A |
| DELTA 4071 | 03A |

Visit **delta.com** or download the **Fly Delta app** to view, select or change your seat. If you purchased a Delta Comfort+™ seat or a Trip Extra, please visit **My Trips** to access a receipt of your purchase.

| Tue, 17OCT | DEPART | ARRIVE |
|------------|--------|--------|
| DELTA 4005*<br>First Class (Z) | BISMARCK, ND<br>12:19pm | MPLS-ST PAUL<br>1:49pm |

| Wed, 18OCT | DEPART | ARRIVE |
|------------|--------|--------|
| DELTA 4071*<br>First Class (I) | MPLS-ST PAUL<br>3:20pm | BISMARCK, ND<br>4:51pm |

*Flight 4005 Operated by SKYWEST DBA DELTA CONNECTION

*Flight 4071 Operated by SKYWEST DBA DELTA CONNECTION

**MANAGE MY TRIP**

## Flight Receipt

Ticket #: **0062178280941**
Place of Issue:
Issue Date: 02OCT23
Expiration Date: 02OCT24

| METHOD OF PAYMENT | |
|-------------------|--|
| AX***********1004 | **$687.80 USD** |

| ECREDITS APPLIED | |
|---|---|
| eCredits Number | 0060687234778 |
| Passenger Name | DERRICK BRAATEN |
| Amount Applied | 100.00 USD |
| Applied to Ticket Number | 0062178280941 |

| CHARGES | |
|---|---|
| **Air Transportation Charges** | |
| Base Fare | $705.12 USD |
| **Taxes, Fees and Charges** | |
| United States - September 11th Security Fee(Passenger Civil Aviation Security Service Fee) (AY) | $11.20 USD |
| United States - Transportation Tax (US) | $52.88 USD |
| United States - Passenger Facility Charge (XF) | $9.00 USD |
| United States - Flight Segment Tax (ZP) | $9.60 USD |
| **TICKET AMOUNT** | **$787.80 USD** |

Fare Difference - $605.12 USD
Taxes, Fees & Charges - $82.68 USD
Service Charge - $0.00 USD
**Total Charged - $687.80 USD**

## Checked Bag Allowance

The fees below are based on your original ticket purchase. Fees may be converted to local currency based on your departure airport. **If you qualify for free or discounted checked baggage**, this will be taken into account when you check in. Visit **delta.com** for details on baggage embargoes that may apply to your itinerary.

| Tue 17 Oct 2023 | | BIS-MSP |
|---|---|---|
| CARRY ON | FIRST | SECOND |
| FREE | FREE (70LBS/32KG) | FREE (70LBS/32KG) |

This trip is operated by Delta and the following carrier(s): . Visit delta.com for details on **baggage embargoes** that may apply to your itinerary. Also see other carrier's complete **baggage information**.

| Wed 18 Oct 2023 | | MSP-BIS |
|---|---|---|
| CARRY ON | FIRST | SECOND |
| FREE | FREE (70LBS/32KG) | FREE (70LBS/32KG) |

This trip is operated by Delta and the following carrier(s): . Visit delta.com for details on **baggage embargoes** that may apply to your itinerary. Also see other carrier's complete **baggage information**.

## Your Pre-Trip Checklist for Easier Travel



### Book Hotel And Transportation

Earn miles by booking your travel accommodations

### Visit Our Help Center

Get all your travel questions answered with information on

### Update Your Contact Information

Make sure your information is updated on your

with our hotel and
car rental
partners ›

self-service tools,
baggage, SkyMiles
and more ›

SkyMiles profile
for a more
personalized
experience and
service. View my
profile ›

## Request Special Services

We are here to help. Complete our **Service Request Form** if you need
extra assistance during your trip.

## Transportation of Hazardous Materials

Federal law forbids the carriage of hazardous materials aboard aircraft in your
luggage or on your person. A violation can result in civil penalties. Examples include:
Paints, aerosols, lighter fluid, fireworks, torch lighters, tear gases and compressed
gas cartridges.

There are special exceptions for small quantities (up to 70 ounces total). For further
information visit **delta.com Restricted Items Section.**

Help Center   •   Flight Deals   •   Earn Miles   •   Give Back

Email Preferences  |  Privacy Policy

We believe travel can change the world. For good. Learn more about our Flight to Net Zero℠ at
delta.com/sustainability.

## Terms & Conditions

This ticket is non-refundable unless the original ticket was issued at a fully refundable fare. Some fares may not allow changes. If allowed, any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

Note: When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply.

Fare Details: BIS DL MSP301.40TAUQA0FL DL BIS403.72KA7QA0FL USD705.12END ZP BISMSP XF BIS4.5MSP4.5

†All SkyMiles® program rules apply. To review the rules, see Membership Guide & Program Rules. Taxes and fees for Award Travel are the responsibility of the passenger and must be paid at the time the ticket is booked. Award Travel seats are limited and may not be available on all flights or in all markets. Offers void where prohibited by law. Other restrictions may apply.

## Checked Bag Allowance

*On Delta® operated flights, you may carry on one bag and a small personal item at no charge.

Delta One®/First/Business Class weight allowance reverts to 50 lbs for all checked bags beyond regular free allowance.

At the time of check in with Delta, SkyMiles Medallion members, SkyTeam Elite & Elite Plus and active US Military personnel are eligible for fee waivers and other benefits. For more details, visit delta.com/baggage. Basic Cardmembers with a Gold, Platinum, or Reserve Delta SkyMiles Credit Card from American Express are eligible for the first bag fee waiver. More details on the program can be found at delta.com/firstbagfree

A standard checked bag with Delta may be up to 50 lbs and 62 linear inches (per piece). Additional fees apply for oversize, overweight, and/or additional pieces of checked baggage. Please review Delta's baggage guidelines for details. Weight and size restrictions may vary when checking baggage on carriers other than Delta. Contact with the operating carrier for detailed checked baggage allowances. You must be checked in at the gate by the applicable check-in deadlines or your reservation may be cancelled. Please review Delta's check-in requirement guidelines for details. Check-in requirements vary by airline, so if your ticket includes travel on other airlines, please check with the operating carrier on your ticket.

Do you have comments about our service? Please email us to share them.

## ADVICE TO INTERNATIONAL PASSENGERS ON LIMITATIONS OF LIABILITY

Passengers embarking upon a journey involving an ultimate destination or a stop in a country other than the country of departure are advised that the provisions of an international treaty (the Warsaw Convention, the 1999 Montreal Convention, or other treaty), as well as a carrier's own contract of carriage or tariff provisions, may be applicable to their entire journey, including any portion entirely within the countries of departure and destination. The applicable treaty governs and may limit the liability of carriers to passengers for death or personal injury, destruction or loss of, or damage to, baggage, and for delay of passengers and baggage.

Additional protection can usually be obtained by purchasing insurance from a private company. Such insurance is not affected by any limitation of the carrier's liability under an international treaty. For further information please consult your airline or insurance company representative.

**Conditions of Carriage**

Air transportation on Delta and the Delta Connection® carriers is subject to Delta's conditions of carriage. They include terms governing for example:

• Limits on our liability for personal injury or death of passengers, and for loss, damage of delay of goods and baggage.
• Claim restrictions including time periods within which you must file a claim or bring action against us.
• Our right to change terms of the contract.
• Check-in requirements and other rules established when we may refuse carriage.
• Our rights and limits of our liability for delay or failure to perform service including schedule change, substitution of alternative air carriers or aircraft, and rerouting.
• Our policy on overbooking flights, and your rights if we deny you boarding due to an oversold flight.

These terms are incorporated by reference into our contract with you. You may view these conditions of carriage on delta.com, or by requesting a copy from Delta.

You have received this email because you elected to receive your Electronic Ticket receipt sent to you via email. If you would like to take advantage of other Delta email programs featuring special fares, promotions, information and flight updates, please visit: delta.com/emailprograms or delta.com/notifications

This document establishes the creation of your electronic EMD(S) in our computer systems. It does not constitute a document of carriage. Where this document is issued for transportation or services other than passenger air transportation, specific terms and conditions may apply. These terms and conditions may be provided separately or may be obtained from the issuing agent.

Effective December 15, 2019, the Canada Air Passenger Protection Regulations may provide additional protections to passengers traveling to or from Canada:

*If you are denied boarding, your flight is cancelled or delayed for at least two hours, or your baggage is lost or damaged, you may be entitled to certain standards of treatment and compensation under the Air Passenger Protection Regulations. For more information about your passenger rights please contact your air carrier (www.delta.com/appr) or visit the Canadian Transportation Agency's website.*

*Si l'embarquement vous est refusé, ou si votre vol est annulé ou retardé d'au moins deux heures ou si vos bagages sont perdus ou endommagés, vous pourriez avoir droit au titre du Règlement sur la protection des passagers aériens, à certains avantages au titre des normes de traitement applicables et à une indemnité. Pour de plus amples renseignements sur vos droits, veuillez communiquer avec votre transporteur aérien ( www.delta.com/appr) ou visiter le site Web de l'Office des transports du Canada.*

**COPYRIGHT INFORMATION**

This email message and its contents are copyrighted and are proprietary products of Delta Air Lines, Inc. Any unauthorized use, reproduction, or transfer of this message or its contents, in any medium, is strictly prohibited.

This is a post only email (EMD+). Please do not respond to this message.

**PRIVACY POLICY**

Your privacy is important to us. Please review our Privacy Policy.

This email was sent to: derrick@braatenlawfirm.com

© 2023 Delta Air Lines, Inc. All rights reserved.
Delta Blvd. P.O. Box 20706 • Atlanta, GA 30320-6001



THE SAINT PAUL HOTEL

**Braaten, Derrick**
58501

| | |
|---|---|
| **Confirmation Number:** | 78970136-1 |
| **Room Number:** | 314 |
| **Room Type:** | 1K |
| **No. of Guests:** | 1 |

| TAX ID | ARRIVAL | DEPARTURE | RATE PLAN | ACCOUNT |
|---|---|---|---|---|
| | 10/17/2023 | 10/18/2023 | BAR | 13179 |

| DATE | CODE | DESCRIPTION | COMMENT | AMOUNT (USD) |
|---|---|---|---|---|
| 10/17/2023 | 3500 | Room Service | 20231017 163852 68435388-8e90-468d-940c-ff1a2112b66a  Send over receipt 72 to folio 210128 | 52.63 |
| 10/17/2023 | 3500 | Room Service | 20231017 170334 68435388-8e90-468d-940c-ff1a2112b66a  Send over receipt 72 to folio 210128 | 3.00 |
| 10/17/2023 | 3500 | Room Service | 20231017 203044 915f30f9-d253-4df1-b270-1734aba2c024  Send over receipt 178 to folio 210128 | 56.66 |
| 10/17/2023 | 3500 | Room Service | 20231017 210214 915f30f9-d253-4df1-b270-1734aba2c024  Send over receipt 178 to folio 210128 | 3.00 |
| 10/17/2023 | 1000 | Room Charge | | 179.00 |
| 10/17/2023 | 1500 | Sales Tax | | 12.31 |
| 10/17/2023 | 1510 | Hotel Tax | | 12.53 |
| 10/17/2023 | 1520 | Local Tax | | 3.58 |
| 10/18/2023 | 3500 | Room Service | 20231018 103743 80712947-33f0-43b8-a9f5-3332dec58811  Send over receipt 20 to folio 210128 | 63.05 |
| 10/18/2023 | 3500 | Room Service | 20231018 105919 80712947-33f0-43b8-a9f5-3332dec58811  Send over receipt 20 to folio 210128 | 3.00 |
| 10/18/2023 | 9004 | Visa ************8370 | | (423.52) |

| | (USD) |
|---|---|
| **Sub-Total:** | 360.34 |
| **Total Tax:** | 28.42 |
| **Total Payments:** | (423.52) |
| **Total Due:** | (34.76) |

**TERMS:**

**SIGNATURE:** _____  **DATE:** _____