# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Continental Resources, Inc., an Oklahoma corporation, | ) ) ) | |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| Rick Fisher and Rosella Fisher, | ) ) | Case No. 1:18-cv-181 |
| Defendants. | ) | |

On July 29, 2024, the court held a status conference with the parties by telephone. Pursuant to its discussion with the parties, the court **ORDERS** that Plaintiff Continental Resources, Inc. shall have until August 5, 2024, to file a surreply to the Motion for Attorney Fees and Costs filed by Defendants Rick and Rosella Fisher on June 27, 2024, to submit a breakdown and/or invoices reflecting the time spent on the appeal along with a description of what the time was for, and to submit expenses and what the expenses were for. The surreply should not exceed five pages in length. Except for what is authorized above, there shall be no further filings.

**IT IS SO ORDERED.**

Dated this 29th day of July, 2024.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court